IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

| | |
|---|---|
| ECSTASI AMORE' NELOMS § | |
| xxx-xx-3491 § | CASE NO.24-41572 |
| 5401 INDEPENDENCES PKWY #1208 § | CHAPTER 13 |
| PLANO, TX 75023 § | |
| § | |
| § | |
| § | |
| § | |
| DEBTOR(S) § | |

## NOTICE OF CHANGE IN CREDITOR MATRIX

The attached creditor matrix is being filed to change the original matrix for the following reason:

   **X**   Adding Creditor(s)

_____Deleting Creditor(s)

_____Creditor Address Change(s)

The above named Debtor(s) hereby verifies that the changes in the attached creditor matrix are true and correct to the best of our knowledge.

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a copy of the 341 notice and Chapter 13 Plan was sent to the creditor(s) herein described.

Respectfully submitted,

BARRON & CARTER, L.L.P
P. O. BOX 1347
NEDERLAND, TEXAS 77627
(409) 727-0073

BY:  /s/ Robert W. Barron
    ROBERT W. BARRON
    TBA NO. 24040479
ATTORNEY FOR DEBTORS

Advance America
1408 S Loop 288
Denton, TX 76205


Barron & Carter LLP
P.O. BOX 1347
NEDERLAND, TX 77627


Title Max
POB 997
Hilliard, OH 43026