| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Ecstasi Amore' Neloms<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–3491<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter:  13   7/2/24 | |
| Case number: | 24–41572 | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                               10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ecstasi Amore' Neloms | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5401 Independence Pkwy<br>Apt 1208<br>Plano, TX 75023 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____<br><br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094–1166 | Contact phone (972) 943–2580<br><br>Email:  ECFch13plano@ch13plano.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open:<br>8:00 – 4:00<br><br>Contact phone (972)509–1240<br><br>Date: 7/9/24 |

**For more information, see page 2**

Debtor **Ecstasi Amore' Neloms**                                                                Case number **24–41572**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 260 398 0311, and Passcode 4578407133, OR call 1–469–218–9149** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 10/7/24** |
| | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/10/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/30/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. A proof of claim may be filed electronically. Click the "File a Claim" button on the home page at https://www.txeb.uscourts.gov/ to submit a claim. Contact the bankruptcy clerk's office for further instructions.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately. The hearing on confirmation will be held on:<br>**9/4/24** at **09:30 AM** , Location: **Telephonic hearing to be held:**<br><br>**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                 Case No. 24-41572-btr

Ecstasi Amore' Neloms                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4            User: admin            Page 1 of 3

Date Rcvd: Jul 09, 2024        Form ID: 309I        Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ecstasi Amore' Neloms, 5401 Independence Pkwy, Apt 1208, Plano, TX 75023-5436 |
| 8440292 | | Crossroads, PO Box 1280, Oaks PA 19456-1280 |
| 8440294 | + | Daniel B. Kelley Attorney at Law, 12381 E Cornell Ave, Aurora CO 80014-3323 |
| 8440298 | | Harley Davidson Credit, Dept 15129, Palatine IL 60055-5129 |
| 8440299 | + | Harvestree Apartments, 5401 Independence Pkwy, Plano TX 75023-5464 |
| 8440306 | + | Morgan Ridge, 100 Morgan Way, Winston Salem NC 27127-4897 |
| 8440313 | + | Prime Recovery LLC, 5237 Summerlin Commons Blvd Suite 440, Fort Myers FL 33907-2158 |
| 8440314 | | Questcare Medical SVCS PLLC, PO Box 99082, Las Vegas NV 89193-9082 |
| 8440315 | + | Radius Global Solutions, PO Box 1048, Salem NH 03079-1048 |
| 8440318 | | Rose Jmaging Specialists, PA, ATTN 5480, POBox 3484, Toledo OH 43607-0484 |
| 8440321 | + | TitleMax of Texas, 901 W Parker Road Ste 117, Plano TX 75023-7128 |
| 8440327 | | US Department of Homeland Security/TSA, 6595 Springfield Center Drive, Springfield VA 20598-6801 |
| 8440326 | | Underwood Law Firm, ATTN Mike Smiley, PO Box 9158, Amarillo TX 79105-9158 |
| 8440329 | + | Vance and Huffman LLC, 2093 Philadelphia Pike #5702, Claytnont DE 19703-2424 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: ebn@ch13plano.com | Jul 09 2024 23:22:00 | Carey D. Ebert, P. O. Box 941166, Plano, TX 75094-1166 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jul 09 2024 23:22:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8440285 | | EDI: ATTWIREBK.COM | Jul 10 2024 03:18:00 | ATT, PO Box 6416, Carol'Stream IL 60197-6416 |
| 8440283 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 09 2024 23:29:29 | Affirm, 650 California St, San Francisco CA 94108-2716 |
| 8440284 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2024 23:22:00 | Apple Card/Goldman Sachs Bank, Lockbox 6112, PO Box 7247, Philadelphia PA 19170-6112 |
| 8440286 | | EDI: BANKAMER | Jul 10 2024 03:18:00 | Bank Of America, PO Box 672050, Dallas TX 75267-2050 |
| 8440287 | | EDI: CAPITALONE.COM | Jul 10 2024 03:18:00 | Capit.ilOne, PO Box 60519, City of Industry CA 91716-0519 |
| 8440288 | | EDI: SYNC | Jul 10 2024 03:18:00 | Care Credit/Synchrony Bank, PO Box 71715, Philadelphia PA 19176-1715 |
| 8440289 | | EDI: CITICORP | Jul 10 2024 03:18:00 | CitiBank Costco, PO Box 790046, St. Louis MO 63179-0046 |
| 8440290 | | EDI: WFNNB.COM | Jul 10 2024 03:18:00 | Comenity Bank Victorias Secret, PO Box 182125, Colombus OH 43218-2125 |
| 8440291 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 09 2024 23:29:15 | Credit One Bank, POBox 60500, City oflndustry |

District/off: 0540-4        User: admin        Page 2 of 3

Date Rcvd: Jul 09, 2024        Form ID: 309I        Total Noticed: 51

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | CA 91716-0500 |
| 8440293 | + Email/Text: bankruptcies@crownasset.com | Jul 09 2024 23:22:00 | Crown Asset Management, LLC, 3100 Breckinridge Blvd, Ste 725, Duluth GA 30096-7605 |
| 8440295 | + Email/Text: ecfbankruptcy@nrg.com | Jul 09 2024 23:22:00 | Direct Energy, 910 Louisiana St, Houston TX 77002-4914 |
| 8440296 | EDI: DISCOVER | Jul 10 2024 03:18:00 | Discover Card, PO Box 71242, Charlotte NC 28272-1242 |
| 8440297 | Email/Text: collecadminbankruptcy@fnni.com | Jul 09 2024 23:22:00 | FNBO/MGM Rewards Mastercard, PO Box 2557, Omaha NE 68103-2557 |
| 8440300 | Email/Text: bankruptcy@hlv.com | Jul 09 2024 23:22:00 | Helvey and Associates, 1015 E Center St, Warsaw IN 46580-3420 |
| 8440301 | EDI: IRS.COM | Jul 10 2024 03:18:00 | Internal Revenue Service, PO Box 7346, PhiladelphiaPA 19101-7346 |
| 8440302 | + Email/Text: bankruptcy@marinerfinance.com | Jul 09 2024 23:22:00 | Mariner Finance, 8211 Town Center Dr, Nottingham MD 21236-5904 |
| 8440303 | EDI: PARALONMEDCREDT | Jul 10 2024 03:18:00 | Medi credit, PO Box 505598, St. Louis MO 63150-5598 |
| 8440304 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2024 23:29:16 | Merrick Bank, PO Box 9201, Old Bethpage NY 11804-9001 |
| 8440305 | Email/Text: bankruptcydpt@mcmcg.com | Jul 09 2024 23:22:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles CA 90030-1030 |
| 8440310 | EDI: PARALONMEDCREDT | Jul 10 2024 03:18:00 | NPAS Solutions, PO Box 505606, St. Louis MO 63150-5606 |
| 8440307 | EDI: NFCU.COM | Jul 10 2024 03:18:00 | Navy Federal Credit Union, PO Box 3502, Merrifield VA 22119-3100 |
| 8440308 | Email/Text: bnc@nordstrom.com | Jul 09 2024 23:22:10 | Nordstrom Card Services, PO Box 6555, Englewood CO 80155-6555 |
| 8440309 | EDI: NTXTOLWAY | Jul 10 2024 03:18:00 | North Texas Tollway Authority, PO Box 260928, Plano TX 75026-0928 |
| 8440311 | EDI: AGFINANCE.COM | Jul 10 2024 03:18:00 | One Main Financial/Brightway, PO Box 981037, Boston MA 02298-1037 |
| 8440312 | Email/Text: bankruptcy@onlineis.com | Jul 09 2024 23:22:00 | Online Information Services, PO Box 1489, Winterville NC 28590-1489 |
| 8440316 | Email/Text: lawfirmTX@rsieh.com | Jul 09 2024 23:22:00 | Rausch Sturm LLP, 15660 N Dallas Parkway Ste 350, Dallas TX 75248-3344 |
| 8440317 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2024 23:29:28 | Resurgent Acquistions LLC, 55 Beattie Place Ste 110, Greenville SC 2960 I 29601-5115 |
| 8440319 | + Email/Text: dl-csgbankruptcy@charter.com | Jul 09 2024 23:22:00 | Spectrum, 400 Washington Blvd, Stamford CT 06902-6641 |
| 8440320 | + EDI: SYNC | Jul 10 2024 03:18:00 | Synchrony Bank/Pay Pal Credit, PO Box 71727, Philadelphia PA 19176-1727 |
| 8440325 | Email/Text: txulec09@vistraenergy.com | Jul 09 2024 23:22:00 | TXU Energy, PO Box 650700, Dallas TX 75265-0700 |
| 8440322 | + Email/Text: bankruptcydepartment@tsico.com | Jul 09 2024 23:22:00 | Transworld Systems Inc., 500 Virginia Drive Ste 514, Ft. Washington PA 19034-2733 |
| 8440323 | + Email/Text: bankruptcy@bbandt.com | Jul 09 2024 23:22:00 | Truist Bank, PO BoX 849, Wilson NC 27894-0849 |
| 8440324 | ^ MEBN | Jul 09 2024 23:21:09 | TxTag, PO Box 650749, Dallas TX 75265-0749 |
| 8440328 | ^ MEBN | Jul 09 2024 23:21:20 | Valor Intelligent Processing, PO Box 207899, Dallas TX 75320-7899 |

| District/off: 0540-4 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 09, 2024 | Form ID: 309I | Total Noticed: 51 |

| 8440330 | EDI: VERIZONCOMB.COM | | |
| --- | --- | --- | --- |
| | | Jul 10 2024 03:18:00 | Verizon Wireless, PO Box 489, Newark NJ 07101-0489 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| aty | * | Carey D. Ebert, P. O. Box 941166, Plano, TX 75094-1166 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carey D. Ebert | |
| | on behalf of Trustee Carey D. Ebert ECFch13plano@ch13plano.com |
| Carey D. Ebert | |
| | ECFch13plano@ch13plano.com |
| US Trustee | |
| | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 3